IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES McCONICO, JR.,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 09-0322-CG-M** |
| **GRANTT CULLIVER,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Grantt Culliver and against Petitioner James McConico, Jr.

**DONE and ORDERED** this 5th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE