IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., | : |
| | : |
|     Petitioner, | : |
| | : |
| vs. | : CIVIL ACTION 09-0322-CG-M |
| | : |
| GRANTT CULLIVER, | : |
| | : |
|     Respondent. | : |

**ORDER**

This matter is before the court on the Report and Recommendation (Doc. 47) of the Magistrate Judge to deny the motion for certificate of appealability (Doc. 42) and motion for leave to appeal in forma pauperis (Doc. 46) filed by the petitioner. After reviewing the record in this case and the report and recommendation of the Magistrate Judge, the court hereby **ADOPTS** the Report and Recommendation as the opinion of this court.

Accordingly, the Motion for Certificate of Appealability (Doc. 42) and the Motion for Leave to Appeal In Forma Pauperis (Doc. 46) are **DENIED**. In addition, petitioner's Motion to Appoint Counsel (Doc. 43) is also **DENIED**.

**DONE** and **ORDERED** this 1st day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE