# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., | ) |
| Petitioner, | ) |
| vs. | ) CA 09-0322-CG-MU |
| GRANTT CULLIVER, | ) |
| Respondent. | ) |

## **ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 29, 2019 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 26th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE