IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CA 09-0322-CG-MU |
| | ) |
| GRANTT CULLIVER, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that James McConico, Jr.'s motion for relief from judgment pursuant to Rule 60(b)(4) and Rule 60(b)(6) of the Federal Rules of Civil Procedure (Doc. 54) be **DISMISSED** as untimely and be **DENIED** both because it appears to take aim at a judgment different than the one entered in this case and because his motion does not satisfy the requirements for relief under Rule 60(b)(4) or Rule 60(b)(6).

**DONE and ORDERED** this 26th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE